| | | | |
|---|---|---|---|
| | AUSA: | Jeremiah Smith | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kenton Weston | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
  v.
Damien Harding

Case No.

Case: 2:26−mj−30430
Assigned To : Unassigned
Assign. Date : 7/16/2026
Description: RE: DAMIEN
HARDING (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 15, 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machinegun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 16, 2026

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the ATF and assigned to the Detroit Field Division since 2018. I have a bachelor's degree in accountancy from Western Michigan University. I have graduated from the Federal Law Enforcement Training Center Criminal Investigator Training Program, the ATF Special Agent Basic Training Program, and the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course. Additionally, I have provided sworn expert testimony in Federal Court regarding the identification of PMFs and the mechanics of MCDs.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in

over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, dozens of MCDs, and over two hundred and twenty-five arrests.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, including reviews of reports and videos, use of law enforcement databases, interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

4.     The ATF is investigating Damien HARDING, (DOB: XX/XX/2006), for violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

## PROBABLE CAUSE

5.     Since 2021, the ATF, the GVTF, and the Detroit Police Department (DPD) have been investigating gun violence associated with local street gangs and their possession and use of MCDs. The DPD's Gang Intelligence Unit has validated many of these street gangs and their members, through interviews with members, informants, review of social media posts, and other evidence. Law enforcement's investigative efforts have resulted in the arrest and federal prosecution of numerous

individuals for illegally possessing MCDs. Recently, law enforcement has learned that HARDING and local gang members have been using social media to facilitate the purchase of suspected MCDs.

## HARDING'S ARREST

6.     On July 15, 2026, at approximately 1:26 a.m., DPD officers saw a younger looking male, later identified as HARDING, walking in the road. The officers approached HARDING to conduct a curfew check. As officers were talking with HARDING from their police car, one officer saw HARDING cover the area of his front waistband, blade his body away from police, and make several furtive gestures. These observations led police to believe that HARDING was concealing a weapon. One officer then approached HARDING and observed a small bulge in HARDING's front waistband area. After being asked, HARDING told police that he did not possess a concealed pistol license. Based on the circumstances, and HARDING's consent, the police patted down HARDING and felt a suspected firearm in his waistband. The officers then detained HARDING, searched his person, and located a loaded Glock-style pistol in his front, right waistband. The pistol was equipped with a red MCD and an extended magazine. (Images 01 and 02). The firearm did not have a serial number.

IMAGE 01



IMAGE 02



7. While he was being detained, HARDING stated, "you got me."

8. I examined the above images of the recovered Glock-style pistol and MCD and confirmed that the device affixed to the firearm possessed all the features and characteristics of an MCD. I know that an individual can affix an MCD to a Glock-style pistol to make the pistol shoot automatically and function as a machinegun. The MCD is a small device that replaces the back plate and typically protrudes from the back of the slide on a Glock-style pistol. When installed, the device applies pressure to the trigger bar and disables the firearm's ability to limit one round of ammunition to be fired per trigger pull. A machinegun is a firearm under the National Firearms Act (NFA), 26 U.S.C. § 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b). An MCD is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock-style pistol into a machinegun; therefore, it by itself, is a "machinegun."

## HARDING'S KNOWLEDGE OF MCDS

9. In October 2025, under a federal warrant, the ATF was reviewing the social media data of a local gang member ("MM") who was being investigated for unlawfully possessing a machinegun and carjacking. While reviewing the data, I saw a conversation between MM and the user of the Instagram account vanity name

'spydaset' that took place on July 30, 2025. Based on publicly available posts on the 'spydaset' account, intelligence provided by DPD, and a comparison of HARDING's face and hand tattoos, I believe that HARDING controls the Instagram account vanity name 'spydaset'.

10.     During the conversation on July 30, 2025, HARDING sent to MM Image 03, which displayed several dozen MCDs in a variety of colors, including red.

IMAGE 03



11.     After sending Image 03, HARDING sent MM messages stating, "100 a pop" and "I got the best vendor…Ships from Us too not China so no chance of getting raided". In response to HARDING's messages, MM replied, "I damn near

want one… that's so many buttons". HARDING then stated, "bring me $100 and a

address I'll order it".

12.     Based on my training and experience, I know that MCDs are colloquially referred to as a "button", "switch", and or "Glock Switch".

13.     The ATF's investigation has revealed that HARDING is also associated with Instagram accounts "spydabites" and "emospyda". On February 12, 2026, the user of Instagram account "spydabites" posted Image 04, which is a picture of HARDING possessing two suspected firearms, one equipped with an MCD.

Image 04



14.     On February 24, 2026, Instagram account "emospyda" posted publicly available Image 05, which is a picture of who investigators believe is HARDING displaying a firearm equipped with an MCD. In the picture, a crown emoji appears to have been superimposed over the top of the MCD. Based on my training and experience, I know that individuals who have knowledge of MCDs often place emojis or other symbols near or on the MCD in a picture to highlight the perceived importance of the MCD.

IMAGE 05



## CONCLUSION

15.     There is probable cause to believe that on July 15, 2026, within the Eastern District of Michigan, Damien HARDING knowingly committed violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. David R. Grand
United States Magistrate Judge

Dated:   July 16, 2026